UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YURIY PISKUNOV,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C17-1137-RSM-JPD<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND GRANTING LEAVE TO AMEND |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is DENIED. Plaintiff's application is deficient because he failed to comply with LCR 3(b) by sufficiently answering all of the questions on the IFP affidavit approved for use in this district. Specifically, in response to Question #7, plaintiff lists a home expenses, yet under Question #5, he does not disclose any ownership interest in real estate. Dkt. 1 at 2. It is therefore unclear whether plaintiff owns any real estate.

ORDER
PAGE - 1

1    (2)   Plaintiff is GRANTED LEAVE TO AMEND her IFP and proposed complaint
2 and shall have **30 days** from the date of this Order to correct the deficiencies. Plaintiff is
3 advised that this case may be subject to dismissal if he does not respond to this Order or fails to
4 correct the deficiencies described above.

    (3)   The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 2nd day of August, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge