UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YURIY PISKUNOV, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No. C17-1137-RSM-JPD <br><br> ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of plaintiff's amended application to proceed *in forma pauperis* ("IFP"), the governing law, and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 4, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is plaintiff's attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to

ORDER - 1

USAWAW.SSAClerk@usdoj.gov.  A certificate of service must also be promptly filed with the Court.

DATED this 29th day of August, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge